# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TED OSCARSON <br> Plaintiff <br> v. <br> ABANA PHARMACEUTICALS, INC., ET AL. <br> Defendant. | FILED <br> 12 JAN 99 PM 2:10 <br> DISTRICT OF UTAH <br> CASE NO. 2:98CV906 K <br> Appearing on behalf of: <br> Geneva Pharmaceuticals, Inc. <br> (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, H. Matthew Horlacher, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

This 29th day of December, 19 98.

7733
(Utah Bar Number)

_____
(Signature of Local Counsel)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Eric L. Hilty, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that (he/she) is a member in good standing of the bar of a United States court or of the highest court of a state, is a non-resident of the State of Utah, and under the provisions of Rule 103-1(d) of the Rules of Practice of this Court has associated local counsel in this matter. Petitioner's residence address, office address, and office telephone number, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates H. Matthew Horlacher as associate local counsel.

This 7th day of January, 19 99.

_____
(Signature of Petitioner)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of Rule 103-1(b), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 12th day of January, 19 99.

_____
U.S. District Judge

(OVER)

## ADDITIONAL INFORMATION

**Name of Petitioner:** Eric L. Hilty

**Residence Address:** 333 S. Downing Street   Denver   CO   80209
(Street / City / State / Zip)

**Business Address:** Holland & Hart LLP
(Firm/Business Name)

555 Seventeenth St., #3200   Denver   CO   80202
(Street / City / State / Zip)

**Office Telephone:** (303) 295-8000
(Area Code and **Main** Office Number)

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| United States District Court | Colorado | 1993 |
| Tenth Circuit Court of Appeals | Colorado | 1993 |
| Colorado State Courts | Colorado | 1993 |
| United States District Court | Colorado | 1997 |

(If additional space is needed, attach separate sheet.)

## ASSOCIATED LOCAL COUNSEL

**Name:** H. Matthew Horlacher

**Business Address:** Holland & Hart LLP
(Firm or Business Name)

215 South State Street, Suite 500   Salt Lake City, Utah   84111
(Street / City / State / Zip)

(P.O. Box / City / State / Zip)

**Office Telephone:** (801) 595-7800
(Area Code and **Main** Office Number)

```
                                                            mas
                  United States District Court
                           for the
                       District of Utah
                      January 13, 1999
```

## * * MAILING CERTIFICATE OF CLERK * *

Re:  2:98-cv-00906

True and correct copies of the attached were mailed by the clerk to the following:

```
    Ms. Kathryn Collard, Esq.
    LAW FIRM OF KATHRYN COLLARD LC
    9 EXCHANGE PLACE STE 1111
    SALT LAKE CITY, UT   84111

    Mr. James Clegg, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT   84145-5000
    JFAX 9,3630400

    Mr. J. Anthony Eyre, Esq.
    KIPP & CHRISTIAN
    10 EXCHANGE PLACE FOURTH FL
    SALT LAKE CITY, UT   84111-2314
    JFAX 9,3599004

    Tracy Fowler, Esq.
    SNELL & WILMER LLP
    111 E BROADWAY STE 900
    SALT LAKE CITY, UT   84111
    JFAX 9,2371950

    Mr. Bryon J Benevento, Esq.
    SNELL & WILMER LLP
    111 E BROADWAY STE 900
    SALT LAKE CITY, UT   84111
    JFAX 9,2371950

    Mr. Charles H Thronson, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT   84111-0898
    JFAX 9,5366111

    H. Matthew Horlacher, Esq.
    HOLLAND & HART
    215 S STATE STE 500
```

SALT LAKE CITY, UT   84111-2346
JFAX 9,3649124

Eric L. Hilty, Esq.
HOLLAND & HART
555 17TH ST STE 3200
DENVER, CO   80202-3937

Mr. John A. Anderson, Esq.
STOEL RIVES LLP
201 S MAIN ST STE 1100
SALT LAKE CITY, UT   84111-4904
JFAX 9,5786999

Charles F. Preuss, Esq.
PREUSS WALKER & SHANAGHER LLP
225 BUSH ST 15TH FL
SAN FRANCISCO, CA   94104-4207